UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/25

YIFAN SHI,

                           Petitioner,

             -against-                                       25-cv-9905 (LAK)

JUDITH ALMODOVAR, et al.,

                           Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

Petitioner Yifan Shi is a civil immigration detainee who petitioned for a writ of habeas corpus on November 26, 2025. The case was assigned to the undersigned on December 1, 2025. 28 U.S.C. § 2243 states:

> "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted . . . . The writ, or order to show cause . . . shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. . . . When the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed."

Accordingly, Respondents are hereby ordered to respond to the petition on or before December 5, 2025. Petitioner shall file any reply on or before December 8, 2025. The Court shall hold a hearing on the petition on December 9, 2025, at 10:00 AM in Courtroom 26B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:       December 3, 2025

                                       Lewis A. Kaplan
                               United States District Judge