**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YIFAN SHI,

                               Petitioner,

      -against-

JUDITH ALMODOVAR, in her official capacity as
Field Office Director of Enforcement and Removal
Operations, New York City, Immigration and
Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of the U.S.
Department of Homeland Security; PAMELA
BONDI, in her official capacity as Attorney
General of the United States; EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW,

                             Respondents.
-----------------------------------------------------------------X

25 **CIVIL** 9905 (LAK)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Corrected Memorandum Opinion dated December 10, 2025, Mr. Shi's

petition for a writ of habeas corpus (Dkt 1) is granted. Respondents shall release Mr. Shi

immediately. Pending a final determination in his removal proceedings, Mr. Shi shall remain free

of detention or any other restraint under the immigration laws of the United States to which he

was not subject upon his release on personal recognizance on April 4, 2023; accordingly, the

case is closed.

**Dated:** New York, New York

      December 11, 2025

                             **TAMMI M. HELLWIG**

                                 **Clerk of Court**

            **BY:**      *K. mango*

                                 **Deputy Clerk**